parEanned<br>

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2015 APR 15  PM 1:50

SIGN_____
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**BILL OF INFORMATION FOR ALTERATION AND FALSIFICATION**
**OF RECORDS IN A FEDERAL INVESTIGATION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15-54-SDD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 1519 |
| | : | |
| LINDA D. WHITE, a.k.a. | : | |
| LYNNDA D. WHITE | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

**At All Times Relevant To This Bill of Information:**

1.    The Employment Training Administration (ETA) of the United States Department of Labor (US-DOL) was a department and agency of the United States.  The US-DOL fosters, promotes, and develops the welfare of the job-seekers, wage-earners, and retirees of the United States.

2.    The US-DOL also administered the H-2A visa program, which allowed employers in the United States who met specific regulatory requirements to bring foreign nationals to the United States to fill temporary agricultural jobs.  One of the prerequisites to applying for an H-2A visa was for the employer to engage in positive recruitment for the job that the employer sought to fill with a foreign worker, by placing advertisements for the job in four separate newspapers to identify domestic workers who were willing, able, and qualified to work.

3.      **LINDA D. WHITE, a.k.a. LYNNDA D. WHITE ("WHITE")**, the

defendant herein, was a resident of Livingston, Louisiana.  **WHITE** owned and operated a

business, **LINDA WHITE & ASSOCIATES ("LWA")**, also located in Livingston,

Louisiana, through which she served as the authorized agent for numerous agricultural

companies, including sugar cane farmers, and assisted them in hiring foreign laborers

through the H-2A visa program.

4.      On or about May 15, 2011, for instance, **WHITE** signed an ETA Form 9142

as an authorized agent for Company A requesting H2-A visas for four (4) farm workers for

the period from July 25, 2011 to May 25, 2012.  As part of the application process, as

**WHITE** understood, she was required to certify that she had placed newspaper

advertisements on Company A's behalf for the positions that Company A sought to fill.

**WHITE** signed and submitted similar applications to the US-DOL on behalf of numerous

other clients.

5.      On or about August 8, 2012, the US-DOL's ETA sent **WHITE** a Notice of

Audit Examination (NOAE) informing her that ten (10) of the applications she had

submitted, including the application she had submitted on behalf of Company A, were being

audited.  The NOAE demanded that **WHITE** produce, among other documentation, copies

of receipts of all newspaper advertisements placed on behalf of the companies described in

the notice.  A subsequent ETA request was sent to **WHITE** informing her that an additional

eight (8) of the applications she had submitted were being audited.

6.      **WHITE** knew that she had not placed the required advertisements and did not

have the documentation requested.  In early September of 2012, however, **WHITE** provided

2

the US-DOL with documents that appeared to be receipts for advertisements described in the notice.  As to Company A, for instance, **WHITE** provided the US-DOL with receipts indicating that on June 7, 2011, she had placed advertisements on Company A's behalf in four separate newspapers, in Arkansas, Texas, Louisiana, and Mississippi.  The documents were received by the US-DOL's ETA on or about September 7, 2012.

7.     As **WHITE** knew, these advertisement receipts were not legitimate receipts and had been fraudulently created and submitted by **WHITE** in an attempt to conceal her failure to place the advertisements as mandated by the US-DOL requirements.

8.     Between on or about August 8, 2012, and September 7, 2012, in the Middle District of Louisiana, **LINDA D. WHITE, a.k.a. LYNNDA D. WHITE**, the defendant herein, did knowingly alter and falsify records and documents, namely, receipts for newspaper advertisements on behalf of Company A, with the intent to impede, obstruct, and influence the investigation and proper administration of an audit being conducted by the United States Department of Labor, a matter that the defendant knew was within the jurisdiction of the United States Department of Labor, a department and agency of the United States.

The above is a violation of Title 18, United States Code, Section 1519.

UNITED STATES OF AMERICA, by

Date: ___4/14/15___

_____
J. WALTER GREEN
UNITED STATES ATTORNEY

_____
J. BRAD CASEY
SPECIAL ASSISTANT U.S. ATTORNEY

**Criminal Cover Sheet**                                      **U.S. District Court**

**Place of Offense:**                          **Matter to be sealed:**   ☒ No   ☐ Yes

City          <u>Livingston</u>               Related Case Information:

County/Parish   <u>Livingston</u>            Superseding Indictment _____ Docket Number _____
                                             Same Defendant _____   New Defendant ____X____
                                             Magistrate Case Number _____
                                             Search Warrant Case No. _____
                                             R 20/ R 40 from District of _____
                                             **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:   Linda D. White a/k/a Lynnda D. White

**U.S. Attorney Information:**

AUSA:    J. Brad Casey              Bar #:   LBN 24338

**Interpreter:**   No      Yes        **List language and/or dialect:** _____

**Location Status:**

Arrest Date     _____
_____      Already in Federal Custody as of
_____      Already in State Custody
_____      On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:      <u>1_____</u>

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** | **Petty/ Misdemeanor/ Felony** |
|---|---|---|---|
| 18 U.S.C. § 1519 | Alteration and Falsification of Records in a Federal Investigation | 1 | Felony |
|  |  |  |  |
|  |  |  |  |

(May be continued on second sheet)

**Date:** ___4/14/15___        **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____